

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:14-MJ-1088

IN RE: SEIZURE WARRANT FOR :
:
Funds in Southern Bank Account Numbered :
5061014228 in the name of 427 Convenient :
Mart up to the amount of $570,000.00 :

### ORDER SEALING APPLICATION AND AFFIDAVIT FOR SEIZURE WARRANT

Upon motion of the United States, for good cause shown, and for the reasons and facts stated in the motion to seal it is hereby ORDERED that the above-referenced Application and Affidavit for Seizure Warrant, and all attachments, the Motion to Seal, and this Order filed therewith, be sealed by the Clerk except that certified copies be provided to the Office of the United States Attorney and/or the Internal Revenue Service-Criminal Investigation (IRS-CI) upon request.

This the 19th day of June, 2014.

KIMBERLY A. SWANK
United States Magistrate Judge