IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO. 4:14-MJ-1088

IN RE: SEIZURE WARRANT FOR :
:
Funds in Southern Bank Account Numbered :
5061014228 in the name of 427 Convenient:
Mart up to the amount of $570,000.00 :

## ORDER UNSEALING APPLICATION AND AFFIDAVIT FOR SEIZURE WARRANT

Upon motion of the United States and for good cause shown, it is hereby ORDERED that the Application and Affidavit for Seizure Warrant sealed herein be unsealed.

This the 30th day of January, 2015.

KIMBERLY A. SWANK
United States Magistrate Judge